AO 91 (Rev 8/01)    Criminal Complaint

# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**

**McALLEN DIVISION**

UNITED STATES OF AMERICA
V.

Oliver Santizo-De Leon

AKA; Oliver Santigo De Leon

IAE    YOB:    1978
Guatemala

(Name and Address of Defendant)

## CRIMINAL COMPLAINT

Case Number:    M-20-0938-M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **May 4, 2020** in **Starr** County, in the **Southern** District of **Texas**

*(Track Statutory Language of Offense)*

being then and there an alien who had previously been deported from the United States to Guatemala in pursuance of law, and thereafter was found near Roma, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** **(Felony)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

Oliver Santizo-De Leon was encountered by Border Patrol Agents near Roma, Texas on May 4, 2020. The investigating agent established that the defendant was an undocumented alien and requested record checks. The defendant claims to have illegally entered the United States on May 4, 2020, near Roma, Texas. Record checks revealed the defendant was formally Deported/Excluded from the United States on December 10, 2019 through Alexandria, Louisiana. Prior to Deportation/Exclusion the defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security.

Continued on the attached sheet and made a part of this complaint:    ☐ Yes  ☒ No

Complaint authorized by: AUSA Laura Garcia

Submitted by reliable electronic means, sworn to and attested telephonically per Fed. R. Cr.P.4.1, and probable cause found on:

May 5, 2020   02:17 p.m.

**Juan F. Alanis**, U.S. Magistrate Judge
Name and Title of Judicial Officer

/S/ Mirna Silva
Signature of Complainant

Mirna Silva    Border Patrol Agent

Signature of Judicial Officer